U.S. DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARROWOOD INDEMNITY COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE TOWN OF WAKEFIELD and THE )<br>WOODS, LLC. )<br>)<br>Defendant. ) | CIVIL ACTION NO.:<br>1:20-cv-10728 PBS |

## STIPULATION OF DISMISSAL

Pursuant to the provisions of Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, the parties to the above-captioned matter hereby stipulate to the dismissal, with prejudice, of all pending claims, with each party to pay its own attorneys' fees and costs and waiving all rights of appeal.

| | |
|---|---|
| Respectfully Submitted,<br>TOWN OF WAKEFIELD,<br>By its attorneys, | Respectfully Submitted,<br>ARROWOOD INDEMNITY COMPANY,<br>By its attorneys, |
| **ANDERSON & KREIGER LLP** | **MORRISON MAHONEY LLP** |
| */s/ Arthur Kreiger* | */s/ Michael F. Aylward* |
| Arthur Kreiger, BBO # 279870<br>50 Milk Street, 21st Floor<br>Boston MA  02109<br>Tel: (617) 621-6500<br>akreiger@andersonkreiger.com | Michael F. Aylward, #20078<br>250 Summer  Street<br>Boston MA 02210<br>Tel.:  (617) 439-7556<br>maylward@morrisonmahoney.com |

Date:  October 13, 2020